IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO MOLINA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 10-133 Erie |
| v. ) | |
| ) | |
| ARCHIE B. LONGLEY, ) | |
| ) | |
| Respondent. ) | |

MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on May 26, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 14], filed on September 25, 2011, recommended that the Petition be denied. The parties were allowed fourteen (14) days from the date of service to file objections and service was made on Petitioner by certified mail. No objections were filed. After de novo review of the Petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of November, 2011;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED.

The Report and Recommendation [ECF No. 14] of Magistrate Judge Baxter, filed on September 25, 2011, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

                                                   s/   Sean J. McLaughlin
                                                          United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge